FILED:  January 9, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2376
(6:17-cv-01660-HMH)

_____

In re: MATTOON RURAL KING SUPPLY, INC., d/b/a Rural King Supply

Petitioner

_____

O R D E R

_____

Upon review of submissions relative to the petition for writ of mandamus, the court denies the petition.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Agee and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk